UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DELORIS JEAN GILLIS, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0350-KKE<br><br>ORDER AUTHORIZING DEPOSIT |

This matter comes before the Court on receipt of a check totaling $58,255.17 from Plaintiff. The Court previously granted Plaintiff's motion for leave to deposit funds totaling $51,552.00 plus interest. Dkt. No. 29. Accordingly, the Court ORDERS:

1. The Clerk is directed to deposit funds into the Registry of the Court in the principal amount $58,255.17.

2. The funds are to be deposited into the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) interpleader funds under 28 U.S.C. § 1335; and

3. The Clerk of Court shall deposit said funds into an interest-bearing account pending further direction from the Court.

Dated this 27th day of June, 2025.

*Kymberly K. Evanson*
―――――――――――――――
Kymberly K. Evanson
United States District Judge

ORDER AUTHORIZING DEPOSIT - 1