UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>DELORIS JEAN GILLIS, et al.,<br><br>Defendant(s). | CASE NO. C25-0350-KKE<br><br>ORDER DIRECTING DEFENDANT TO OBTAIN COUNSEL |

This matter comes before the Court sua sponte. On February 2, 2025, Plaintiff Colonial Life and Accident Insurance Company ("Colonial") filed this interpleader action against seven potential claimants to disputed death benefits under life insurance policies issued by Colonial. Dkt. No. 1. Among the claimants are D.E. and D.D.E., both of whom are minors residing in Collin County, Texas. *Id.* ¶¶ 6, 7. On June 18, 2025, Defendant Jennifer Edmonds—D.E. and D.D.E.'s mother—filed a letter, which the Court construes as an answer, on behalf of herself and both children. Dkt. No. 30. Edmonds is deemed to be acting as D.E.'s and D.D.E.'s representative under Federal Rule of Civil Procedure 17(c). The Ninth Circuit requires non-attorneys representing minors to obtain legal counsel. *Johns v. Cty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) ("[A] non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child.").

Accordingly, D.E. and D.D.E. have 30 days in which to obtain legal counsel to represent them in this action. By November 17, 2025, D.E. and D.D.E., through their representative, must file a status report with the Court identifying their counsel or, if unsuccessful in obtaining counsel, a status report detailing the efforts taken to obtain counsel.

The Clerk is instructed to mail a copy of this order to the last known address of Edmonds and her children (*see* Dkt. Nos. 22, 23, 24) and email a copy to the email address jcedmonds2010@gmail.com.

Dated this 17th day of October, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge