UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY, | CASE NO. C25-0350-KKE |
| Plaintiff(s), | ORDER APPOINTING GUARDIAN AD LITEM |
| v. | |
| DELORIS JEAN GILLIS, et al., | |
| Defendant(s). | |

This matter comes before the Court *sua sponte*. Defendant Jennifer Edmonds appeared in this action pro se purporting to represent herself and her two minor children, Defendants D.E. and D.D.E. Dkt. Nos. 30, 42. Because the Ninth Circuit prohibits non-attorney parents from representing their children in lawsuits without a lawyer (*see Johns v. Cty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997)), the Court directed Ms. Edmonds to obtain counsel (Dkt. No. 42) and then—when she did not respond—ordered Ms. Edmonds to show cause why a guardian ad litem should not be appointed to represent D.E. and D.D.E (Dkt. No. 45). Plaintiff Colonial Life and Accident Insurance Company ("Colonial") served the order to show cause on Ms. Edmonds on December 2, 2025. Dkt. No. 46. But Ms. Edmonds did not file a response by the deadline.

Under the Federal Rules of Civil Procedure, "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Because Ms. Edmonds cannot represent her

ORDER APPOINTING GUARDIAN AD LITEM - 1

children without an attorney, they are currently unrepresented.  Yet, as explained in the order to show cause, D.E. and D.D.E. have claims and defenses that require adjudication.  For instance, Colonial seeks relief against D.E. and D.D.E. (as well as the other defendants), including a discharge of liability as to all claims to certain disputed life insurance benefits.  *See* Dkt. No. 1 at 7, Dkt. No. 41.  D.E. and D.D.E. also have claims to the disputed benefits that will become the subject of litigation once Colonial obtains interpleader relief.  Dkt. No. 1 at 7 (requesting that defendants "be required to interplead, claim and settle among themselves their rights to the Disputed Death Benefit or any part thereof").  This litigation therefore cannot proceed until D.E. and D.D.E. are represented by counsel.

The Court finds that appointment of a guardian ad litem is required to protect the interests of D.E. and D.D.E.  Further, because D.E. and D.D.E. each claim entitlement to a portion of the disputed death benefits based on the same change of beneficiary form (*see* Dkt. No. 1 ¶¶ 6–7, 18), the Court finds their interests are aligned and that they may be represented by a single guardian ad litem.  Finally, the Court finds that attorney Elena Garella is qualified to serve as guardian ad litem for both minors.  Ms. Garella was recently appointed to serve as guardian ad litem in another interpleader action involving unrepresented minors in this Court.  *See Protective Life Ins. Co. v. Lankford*, No. C25-1751-JCC, 2025 WL 2966319 (W.D. Wash. Oct. 21, 2025).  In that case, the Court noted that Ms. Garella is admitted to practice in this District and is qualified as a Title 11 guardian ad litem in King County Superior Court.  *Id.* at *1.

Accordingly, the Court APPOINTS Elena Garella, 4847 California Ave SW Ste 100, Seattle, WA 98116, phone number (206) 675-0675, as guardian ad litem for minors D.E. and D.D.E. in this action.  Ms. Garella shall be compensated from the insurance policy proceeds deposited into the Court's registry (*see* Dkt. No. 31) in an amount to be determined on a motion by Ms. Garella at the end of this case.

ORDER APPOINTING GUARDIAN AD LITEM - 2

Ms. Garella is further DIRECTED to file a status report by March 11, 2025, indicating (1) whether she has been successful in contacting D.E. and D.D.E. and (2) if so, whether D.E. and D.D.E. intend to oppose Colonial's pending motion for interpleader relief.  *See* Dkt. No. 41.

The Clerk shall send a copy of this Order to Ms. Garella at the address above and to Ms. Edmonds, D.E., and D.D.E. at Ms. Edmonds' last known address (*see* Dkt. Nos. 22, 23, 24) and to the email address jcedmonds2010@gmail.com.

Dated this 17th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER APPOINTING GUARDIAN AD LITEM - 3