UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY,

Plaintiff(s),

v.

DELORIS JEAN GILLIS, et al.,

Defendant(s).

CASE NO. C25-0350-KKE

ORDER DIRECTING STATUS REPORT

This matter comes before the Court *sua sponte*.  On February 17, 2026, the Court appointed attorney Elena Garella as guardian ad litem on behalf of interpleader defendants D.E. and D.D.E. Dkt. No. 47.  The Court directed Ms. Garella to file a status report by March 11, 2026, indicating (1) whether she has been successful in contacting D.E. and D.D.E. and (2) if so, whether D.E. and D.D.E. intend to oppose Colonial's pending motion for interpleader relief.  *Id.* at 3.  The Court has not yet received a status report.

Accordingly, Ms. Garella is again DIRECTED to file a status report discussing the two issues above by Friday, March 20, 2026.

Dated this 18th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING STATUS REPORT - 1